PEW *v.* COMMANDANT, U. S. COAST GUARD.

No. 824, Misc.  Decided January 24, 1966.

Appellant *pro se.*

*Solicitor General Marshall* for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

ESCALERA *v.* SUPREME COURT OF PUERTO RICO.

No. 849, Misc.  Decided January 24, 1966.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.